Mark L. Javitch (CA 323729)
Javitch Law Office
3 East Third Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ROBERT WASHINGTON,<br>Plaintiff,<br>v.<br>ASPIRE LAW GROUP, PLLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 4:26-cv-00544-JDK<br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Plaintiff's individual claims against Defendant with prejudice; dismisses the claims of the putative class members Plaintiff sought to represent without prejudice; and provides that each party shall bear its own costs and attorneys' fees.

Dated: August 18, 2026

Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 300-0343
mark@javitchlawoffice.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Filed electronically with the United States District Court for the Eastern District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Eastern District of Texas
- All counsel of record registered on the electronic service list.

Date: August 18, 2026

By: /s/ Mark L. Javitch
Mark L. Javitch